AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reginald Williams<br>*Plaintiff*<br>v.<br>South Carolina State Election Commission et al<br>*Defendant* | )<br>)<br>) Civil Action No.  2:12-cv-02760-DCN-HFF-RMG<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: having denied Plaintiff's motion for preliminary injunction and granting Defendants' motions to dismiss, the alleged UOCAVA-related election law changes claim being dismissed without prejudice, this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry Franklin Floyd, Honorable David C. Norton, Honorable Richard Mark Gergel.

Date:  October 18, 2012

*CLERK OF COURT*    LARRY W. PROPES

s/ S. Shealy

*Signature of Clerk or Deputy Clerk*